# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>    v.<br><br>PREM KAUR BADHAN, et al.,<br><br>            Defendants. | Case No.  1:14-cv-00548-LJO-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE:  July 31, 2014 |

On July 1, 2014, the parties filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before July 31, 2014.

IT IS SO ORDERED.

Dated:   **July 2, 2014**

_____
UNITED STATES MAGISTRATE JUDGE