Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PREM KAUR BADHAN dba QUICK FOOD STORE; RAMPAL SINGH BADHAN dba QUICK FOOD STORE; SANDEEP SINGH BADHAN dba QUICK FOOD STORE; BALJIT KAUR dba QUICK FOOD STORE; SONNY AHUJA, as Trustee of the AHUJA FAMILY TRUST, U/D/D SEPTEMBER 25, 2003; NAGINA RANI AHUJA, as Trustee of the AHUJA FAMLY TRUST, U/D/D SEPTEMBER 25, 2003;<br><br>　　　　Defendants. | No. 1:14-cv-00548-LJO-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; ORDER** |

WHEREAS, no Defendant has filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 16, 2014                                                    MOORE LAW FIRM, P.C.


                                           */s/ Tanya E. Moore*
                                           Tanya E. Moore
                                           Attorneys for Plaintiff
                                           Natividad Gutierrez

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: __**July 16, 2014**__                                    __**/s/ Lawrence J. O'Neill**__
                                                                             UNITED STATES DISTRICT JUDGE